Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
The Law Offices of Amir J. Goldstein, Esq.
7034 Beverly Blvd., Suite 212
Los Angeles, CA 90036
Tel: 323.937.0400
Fax: 866.288.9194

Attorney for Plaintiff

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Michael P. Lavigne (SBN 216538)
LavigneM@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone 310.242.2200
Fax 310.242.2222

Attorneys for Defendant
MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAIM WOLMARK<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION<br><br>Defendants. | CASE NO. 2:23-CV-7126-SVW-RAO<br><br>**STIPULATION OF DISMISSAL** |

1
Stipulation of Dismissal

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), Plaintiff's causes of action against Defendant Merchants Credit Corporation d/b/a Merchants Credit Association are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: February 28, 2024      Respectfully Submitted,

LAW OFFICES OF AMIR J. GOLDSTEIN

By: *Amir J. Goldstein* [1]
    Amir J. Goldstein
    Attorney for Plaintiff
    Chaim Wolmark

DATED: February 28, 2024      CARLSON & MESSER LLP

By: *Michael P. Lavigne*
    Michael P. Lavigne
    Attorney for Defendant
    Merchants Credit Corporation d/b/a
    Merchants Credit Association

---

[1] I, Amir J. Goldstein, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2), that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.