JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHAIM WOLMARK, | ) CASE NO. 2:23-CV-7126-SVW-RAO |
|---|---|
| Plaintiffs, | ) |
| vs. | ) ORDER OF DISMISSAL |
| MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION | ) |
| Defendants. | ) |

Pursuant to the Stipulation of Dismissal filed by the parties on February 28, 2024, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 29, 2024

_____
Honorable Stephen V. Wilson
U.S. District Judge

(Proposed) Order of Dismissal